United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Jesus Medina, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-44 |
| | § § | |
| Commonwealth Financial System, Inc. | § § | |
| Defendant. | § | |

## ORDER

The Court is in receipt of Plaintiff's "Notice of Voluntary Dismissal with Prejudice" Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure" (Docket No. 14). The dismissal is unopposed. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims asserted in the above-captioned cause of action are dismissed with prejudice. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 20th day of August, 2019.

_____
Rolando Olvera
United States District Judge

1